UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAY CONNOR, individually and on behalf of all others similarly situated.**<br><br>*Plaintiff*<br><br>v.<br><br>**DIGIDEV LLC d/b/a TRISEC WARRANTY**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-08413<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE**

I, Ken'Shena Pierce, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to DIGIDEV LLC d/b/a TRISEC WARRANTY in Cook County, IL on October 1, 2024 at 2:44 pm at 6433 North Sacramento Avenue, Chicago, IL 60645 by leaving the following documents with Subhan noe who as Owner is authorized by appointment or by law to receive service of process for DIGIDEV LLC d/b/a TRISEC WARRANTY.

Complaint

Middle Eastern Male, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=41.9984697691,-87.7045866475
Photograph: See Exhibit 1


Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

*/s/ KenShena Pierce*

Executed in Signature

Cook County, Ken'Shena Pierce
+1 (708) 690-8895
IL on 10/2/2024. Proof Illinois LLC
No. 117.001863

