# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAY CONNOR** <br><br> *Plaintiff* <br><br> v. <br><br> **DRIVESMART AUTO CARE INC., DIGIDEV LLC d/b/a TRISEC WARRANTY** <br><br> *Defendant* | Civil Action No. 1:24-cv-08413 |

## AFFIDAVIT OF SERVICE

I, Chris Petrich, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to DRIVESMART AUTO CARE INC. in Ocean County, NJ on October 1, 2024 at 3:56 pm at 310 Main Street, suite 8, Toms River, NJ 08753 by leaving the following documents with Chris Doyle who as Manager at Drive Smart Auto Care is authorized by appointment or by law to receive service of process for DRIVESMART AUTO CARE INC..

Complaint

Additional Description:
I entered the building at 310 Main St Toms River NJ. Went to the second floor and entered the suite labels Drive Smart Auto Care. Once inside the suite I was greeted by a male employee asking me if they could help? I asked if I could see a manager. This subject called for Mr. Doyle. Chris Doyle stepped into the hallway and asked how he could help? I responded that I have papers for the business. He asked if we could step into an office. Once inside the office he accepted the papers and placed them on a table. I exited the suite.

White Male, est. age 25-34, glasses: N, Unknown hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.9531043015,-74.1957749924
Photograph: See Exhibit 1

Total Cost: $90.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Ocean County, NJ on 10/2/2024.

/s/ *Chris Petrich*
Signature
Chris Petrich
+1 (732) 754-3042





